**No. 52695.**—The Magnavox Co. v. United States, protest 140579–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of record changer units similar in all material respects tō those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369).   In accordance therewith the claim of the plaintiff was sustained.